UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TEXAS – BEAUMONT DIVISION

| | |
|---|---|
| ISM INDUSTRIES, INC.<br><br>VERSUS<br><br>STEARNS, CONRAD AND SCHMIDT, CONSULTING ENGINEERS, INC. d/b/a SCS ENERGY, MITCHELL ENERGY SERVICES, LLC, and KILGORE INDUSTRIAL CIVIL, L.L.C. | CIVIL ACTION NO.<br><br>SECTION "  "   MAGISTRATE #<br><br>JUDGE<br><br>MAGISTRATE |

**NOTICE OF COMPLIANCE WITH LOCAL RULE CV-81(c)**

In connection with its contemporaneously filed Notice of Removal, Defendant, Stearns, Conrad and Schmidt, Consulting Engineers, Inc. d/b/a SCS Energy ("SCS") files this Notice of Compliance with Local Rule CV-81, and in doing so furnishes the clerk with the following information:

1.   The removed case is pending as to all four parties, which are:

   i.   ISM Industries, Inc., Plaintiff

   ii.  Stearns, Conrad and Schmidt, Consulting Engineers, Inc. d/b/a SCS Energy, Defendant

   iii. Mitchell Energy Services, LLC, Defendant

   iv.  Kilgore Industrial Civil, L.L.C., Defendant

2.   A civil cover sheet has been filed. A certified copy of the state court docket is attached as Exhibit 2a. Lastly, Exhibit 1 is the state court record at the time of this filing, which has been consecutively paginated R_001 through R_026 for ease of reference.

{N3718998.2}

1

Exhibit 2

3. A list of attorneys involved in the removed action is as follows:

| Party | Party Type | Counsel of Record |
|---|---|---|
| ISM Industries, Inc. | Plaintiff | James E. Wimberley<br>Law Offices of James Wimberley<br>221 S. Highway 69<br>P.O. Box 1786<br>Nederland, TX 77627<br>Tel: (409) 853-4095<br>Fax: (409) 853-1462<br>Email: jim@wimberley.com |
| Stearns, Conrad and Schmidt, Consulting Engineers, Inc. d/b/a SCS Energy | Defendant | Christopher D. Cazenave (24096182) (Lead)<br>Amy K. Anderson (24077064)<br>Jones Walker LLP<br>811 Main St, Suite 2900<br>Houston, TX 77002<br>504.582.8408 tel<br>504.589.8408 fax<br>Email: ccazenave@joneswalker.com<br>Email: aanderson@joneswalker.com |
| Mitchell Energy Services, LLC | Defendant | Unknown at the time of this filing |
| Kilgore Industrial Civil, L.L.C. | Defendant | Stuart C. Yoes<br>The Yoes Law Firm, L.L.P.<br>3535 Calder Avenue, Suite 235<br>Post Office Drawer 7584<br>Beaumont, TX 77726-7584<br>Tel: (409) 833- 2352<br>Fax: (409) 838-5577<br>Email: scy@yoeslawfirm.com |

4. No party at this time has requested a trial by jury.

5. 128th District Court for Orange County, Texas
   801 West Division
   Orange, Texas 77630

{N3718998.2}

Respectfully submitted,

*/s/ Christopher Cazenave*
Christopher D. Cazenave (24096182) (Lead)
Amy K. Anderson (24077064)
Jones Walker LLP
811 Main St, Suite 2900
Houston, TX 77002
504.582.8408 *tel*
504.589.8408 *fax*
Email: ccazenave@joneswalker.com
Email: aanderson@joneswalker.com

*Counsel for Defendant Stearns, Conrad and Schmidt, Consulting Engineers, Inc. d/b/a SCS Energy*

## **CERTIFICATE OF SERVICE**

      This is to certify that on this 9th day of November, 2018, a true and correct copy of the above and foregoing document has been electronically filed with the foregoing Clerk of the Court using the CM/ECF system and that written notice of this filing will be sent via U.S. Mail to the following:

James E. Wimberley
Law Offices of James Wimberley
221 S. Highway 69
P.O. Box 1786
Nederland, TX 77627
Tel: (409) 853-4095
Fax: (409) 853-1462
Email: jim@wimberley.com

*Counsel for Plaintiff, ISM Industries, Inc.*

Stuart C. Yoes
The Yoes Law Firm, L.L.P.
3535 Calder Avenue, Suite 235
Post Office Drawer 7584
Beaumont, TX 77726-7584
Tel: (409) 833- 2352
Fax: (409) 838-5577
Email: scy@yoeslawfirm.com

*Counsel for Defendant, Kilgore Industrial Civil, L.L.C.*

Brian Mitchell, Managing Member/President
Mitchell Energy Services, LLC
139 Mid Tex Rd.
Lorena, TX 76655
Tel: (254) 857-3000
Fax: (254) 857-3006
Email: bmitchell@mitchellenergyservices.net

*Registered Agent for Mitchell Energy Services, LLC*

                                                        */s/  Christopher D. Cazenave*

## Orange County District Court
801 W Division. Orange, 77630 TX. Phone: (409)882-7825 EXT
### CASE HISTORY FOR CASE 180382-C
ISM Industries, Inc. VS. Stearns, Conrad and Schmidt, Consulting Engineers, Inc. et al

FILED DATE: 10/1/2018  CASE TYPE: C/CONTRACT - NOTE/DEBT  STATUS: Active
JUDGE: 128th District Court

**CASE PARTIES:**

| | |
|---|---|
| Plaintiff | ISM Industries, Inc. |
| Plaintiff Attorney | Wimberley, James E |
| Defendant | Stearns, Conrad and Schmidt, Consulting Engineers, Inc. |
| Defendant | Mitchell Energy Services, LLC |
| Defendant | Kilgore Industrial Civil, L.L.C |
| Defendant Attorney | Yoes, Stuart C. |

**CASE HISTORY FOR CASE 180382-C**

**ISM Industries, Inc.**

Current Age: Unknown  DOB: Unknown
DL#:  SSN: 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
Total Paid: $ 286.00  Balance Due: $ 0.00

| COST | AMOUNT | PAY PRIORITY |
|---|---|---|
| Action: PLAINTIFF'S ORIGINAL PETITION | | |
| COMP PUB ACCT CV (DC) $50.00 | $50.00 | 20 |
| DISTRICT CLK'S FEE-CASE $50.00 | 50.00 | 50 |
| ORANGE CO SHERIFF -CASE $5.00 | 5.00 | 50 |
| LAW LIBRARY FEES $20.00 | 20.00 | 50 |
| STENOGRAPHIC FEES $15.00 | 15.00 | 50 |
| COURTHOUSE SEC FUND $5.00 | 5.00 | 50 |
| REC MGMT PRES $5. GC 51.317 (c)(2) | 5.00 | 50 |
| REC MGMT PRES FUND(CL-R) GC 51.317(c)(1 | 5.00 | 40 |
| JUDICIARY FEE | 42.00 | 30 |
| STATE:IND LGL(C)LGC 133.152 (a)(1) | 10.00 | 30 |
| APPELLATE JUD SUPPORT FEE | 5.00 | 30 |
| DC DIGITIZE CT. R. GC 51.708 | 10.00 | 40 |
| DC ARCHIVE 51.305 (b) | 10.00 | 40 |
| STATE E-FILING (C) $30 GC 51.851 (b) | 30.00 | 20 |
| Action: CITATION REQUESTED (PROCESS SERVER) | | |
| DISTRICT CLERK FEES : GENERAL | 24.00 | 50 |
| Total: | $286.00 | |

| DATE | TIME | DESCRIPTION |
|---|---|---|
| 11/01/2018 | 9:30 am | Filing recorded: CERTIFICATE OF WRITTEN DISCOVERY + Stearns, Conrad and Schmidt, Consulting Engineers, Inc. |
| 10/29/2018 | 2:03 pm | Filing recorded: DEFT'S ORIG ANS + Kilgore Industrial Civil, L.L.C |
| 10/23/2018 | 11:25 am | Filing recorded: RULE 11 AGREEMENT ISM Industries, Inc. |
| 10/04/2018 | 10:46 am | Received payment of $286.00 from James E Wimberley for ISM Industries, Inc.. Printed receipt #517841. ISM Industries, Inc. |
| 10/01/2018 | 4:51 pm | Filing recorded: CITATION/S ISSUED + Electronically Kilgore Industrial Civil, L.L.C |

Print Date: 11/02/2018
Print Time: 2:26:04PM
Requested By: ANNIER

File: U:\Reports\CaseHistoryCivil.RPT

**DO NOT COPY OR ALTER - This document contains security features.**

Page 1 of 2

Exhibit 2a

| Date | Time | Description |
|---|---|---|
| 10/01/2018 | 4:51 pm | JUSTINRH recorded the following Case Action Note: E-mailed to: jim@jwimberley.com; terri@jwimberley.com; misti@jwimberley.com<br>Kilgore Industrial Civil, L.L.C |
| 10/01/2018 | 4:51 pm | Filing recorded: CITATION/S ISSUED + Electronically<br>Mitchell Energy Services, LLC |
| 10/01/2018 | 4:51 pm | JUSTINRH recorded the following Case Action Note: E-mailed to: jim@jwimberley.com; terri@jwimberley.com; misti@jwimberley.com<br>Mitchell Energy Services, LLC |
| 10/01/2018 | 4:51 pm | Filing recorded: CITATION/S ISSUED + Electronically<br>Stearns, Conrad and Schmidt, Consulting Engineers, Inc. |
| 10/01/2018 | 4:51 pm | JUSTINRH recorded the following Case Action Note: E-mailed to: jim@jwimberley.com; terri@jwimberley.com; misti@jwimberley.com<br>Stearns, Conrad and Schmidt, Consulting Engineers, Inc. |
| 10/01/2018 | 4:49 pm | Filing recorded: CITATION REQUESTED (PROCESS SERVER)<br>ISM Industries, Inc. |
| 10/01/2018 | 4:49 pm | Filing recorded: REQ FOR PROCESS FORM<br>ISM Industries, Inc. |
| 10/01/2018 | 4:49 pm | Filing recorded: PLAINTIFF'S ORIGINAL PETITION<br>ISM Industries, Inc. |
| 10/01/2018 | 4:48 pm | Filing recorded: CASE INFORMATION SHEET<br>ISM Industries, Inc. |
| 10/01/2018 | 4:48 pm | Filing recorded: E-FILE RECEIPT<br>ISM Industries, Inc. |
| 10/01/2018 | 4:48 pm | Filing recorded: *** E-FILED CASE ***<br>ISM Industries, Inc. |

State of Texas
County of Orange

I, VICKIE EDGERLY, Clerk of District Court in and for Orange County, Texas, do hereby certify that the above and foregoing is a true and correct copy of the Original Hereof, as same was filed and appears of record in my office.

- Witness my official seal and signature of office In Orange, Texas, this the 2 day of NOV. 2018

VICKIE EDGERLY
Clerk of District Court
of Orange County, Texas
by ANNE REED

Print Date: 11/02/2018
Print Time: 2:26:04PM
Requested By: ANNIER

File: U:\Reports\CaseHistoryCivil.RPT

Page 2 of 2

DO NOT COPY OR ALTER - This document contains security features.