## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## BEAUMONT DIVISION

| | | |
|---|---|---|
| **ISM INDUSTRIES, INC.,** | § | |
|    Plaintiff | § | |
| | § | |
| v. | § | **Civil Action No. 1:18-CV-584** |
| | § | |
| **STEARNS, CONRAD AND SCHMIDT,** | § | |
| **CONSULTING ENGINEERS, INC.** | § | |
| **d/b/a SCS ENERGY, ET AL.** | § | |
|    Defendants. | § | |

### DEFENDANT, KILGORE INDUSTRIAL CIVIL, L.L.C.'S, DISCLOSURE STATEMENT

Pursuant to Fed.R.Civ.P.7.1(a), Defendant, Kilgore Industrial Civil, L.L.C.., provides the following information:

**Identify any parent corporation and any publicly held corporation owning 10% or more of its stock; or state that there is no such corporation:**

**NONE.**

> **THE YOES LAW FIRM, L.L.P.**
> 3535 Calder Avenue, Suite 235
> Post Office Drawer 7584
> Beaumont, Texas 77726-7584
> Tel:  (409) 833-2352
> Fax:  (409) 838-5577
> Email:  scy@yoeslawfirm.com

By: _____
    Stuart C. Yoes
    State Bar No. 00798605
    William H. Yoes
    State Bar No. 22157000

    ATTORNEYS FOR DEFENDANT,
    KILGORE INDUSTRIAL CIVIL, L.L.C.