IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| ISM INDUSTRIES, INC., § | |
|    Plaintiff § | |
| § | |
| v. § | Civil Action No. 1:18-CV-584 |
| § | |
| STEARNS, CONRAD AND SCHMIDT, § | |
| CONSULTING ENGINEERS, INC. § | |
| d/b/a SCS ENERGY, ET AL. § | |
|    Defendants. § | |

**DEFENDANT, KILGORE INDUSTRIAL CIVIL, L.L.C.'S,
NOTICE OF RULE 26 DISCLOSURES**

On this 8th day of January 2019, pursuant to the Federal Rule of Civil Procedure 26(a)(1) and (a)(2), Defendant, Kilgore Industrial Civil, LLC, served its Rule 26 Initial Disclosures on all counsel of record.

Respectfully submitted,

By: _____
Stuart C. Yoes
Lead Attorney
State Bar No. 00798605
William H. Yoes
State Bar No. 22157000
**THE YOES LAW FIRM, L.L.P.**
3535 Calder Avenue, Suite 235
Post Office Drawer 7584
Beaumont, Texas 77726-7584
Tel:  (409) 833-2352
Fax:  (409) 838-5577
Email:  scy@yoeslawfirm.com

ATTORNEYS FOR DEFENDANT,
KILGORE INDUSTRIAL CIVIL, LLC

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of January 2019, a true and correct copy of Defendant, Kilgore Industrial Civil, L.L.C.'s, Rule 26 Initial Disclosures was served on the following-named party via electronic service, facsimile, and/or by certified mail, return receipt requested.

Brian Carrol
Sanderfort & Carroll, P.C.
2110 Birdcreek Drive
Temple, TX 76502
Telephone: (254) 773-8311
Email: Brian@TxConstructionLaw.com

**Attorney for Mitchell Energy Services, LLC**

_____
Stuart C. Yoes
scy@yoeslawfirm.com
(409) 833-2352 Telephone