1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

JONES WALKER LLP
CHRISTOPHER D. CASENAVE (*Pro Hac Vice*)
E-Mail: ccazenave@joneswalker.com
201 Saint Charles Avenue, Suite 4900
New Orleans, LA 70170
Telephone: (504) 582-8408
Facsimile: (504) 589-8408

Manatt, Phelps & Phillips, LLP
CRAIG J. DE RECAT (Bar No. CA 105567)
E-Mail: cderecat@manatt.com
11355 West Olympic Boulevard
Los Angeles, CA 90064-1614
Telephone: (310) 312-4000
Facsimile: (310) 312-4224

Attorneys for *Defendant*
STEARNS, CONRAD AND SCHMIDT, CONSULTING
ENGINEERS, INC. D/B/A SCS ENERGY

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISM INDUSTRIES, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>STEARNS, CONRAD AND SCHMIDT, CONSULTING ENGINEERS, INC. D/B/A SCS ENERGY, MITCHELL ENERGY SERVICES, LLC, AND KILGORE INDUSTRIAL CIVIL, L.L.C.,<br><br>Defendants. | Case No. 2:19-cv-01134-JAK-JC<br><br>**DEFENDANT STEARNS, CONRAD AND SCHMIDT, CONSULTING ENGINEERS, INC. D/B/A SCS ENERGY'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF ISM INDUSTRIES, INC.'S COMPLAINT**<br><br>Hon. John A. Kronstadt<br><br><br>Trial Date: None Set |

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

STEARNS, CONRAD AND SCHMIDT, CONSULTING ENGINEERS, INC. D/B/A SCS ENERGY'S ANSWER

1    Defendant Stearns, Conrad and Schmidt, Consulting Engineers, Inc., d/b/a/

2    SCS Energy ("SCS") files this Answer and Affirmative Defenses in response to the

3    Complaint filed by Plaintiff  ISM Industries Inc. ("ISM") as follows:

### RESPONSES TO ALLEGATIONS

5    Responding to the individually numbered paragraphs of ISM's Complaint,

6    SCS admits, denies, and avers as set forth below. Any allegations not specifically

7    admitted by SCS are denied.

8    1.    The allegations of paragraph 1 are a legal conclusion to which no

9    response is required. To the extent an answer is required, the allegations of

10   paragraph 1 are denied.

11   2.    The allegations of paragraph 2 are denied.

12   3.    SCS lacks knowledge or information sufficient to form a belief about

13   the truth of the allegations of paragraph 3 with respect to ISM, Mitchell Energy

14   Services, LLC ("Mitchell") or Kilgore Industrial Civil, LLC ("Kilgore"). SCS

15   admits that it is a corporation organized under the laws of the Commonwealth of

16   Virginia. The balance of the allegations in paragraph 3 are denied.

17   4.    SCS either (a) lacks knowledge or information sufficient to form a

18   belief about the truth of the allegations of paragraph 4, or (b) the allegations of

19   paragraph 4 contain legal conclusions to which no response is required. To the

20   extent a response is required, the allegations with respect to legal conclusions in

21   paragraph 4 are denied. Further responding to the allegations in paragraph 4, the

22   balance of the allegations in paragraph 4 are denied.

23   5.    SCS admits that in September 2017, SCS issued "Service Purchase

24   Order 06-SO00030" (the "Subcontract") to ISM as a subcontractor to perform work

25   on a biomethane facility at the Woolworth Road Landfill in Shreveport, Louisiana

26   (the "Project"). Further responding to the allegations of paragraph 5, SCS avers that

27   the terms of the Subcontract, including, but not limited to, terms relating to change

28   orders under the Subcontract, speak for themselves. Further responding to the

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

1

STEARNS, CONRAD AND SCHMIDT, CONSULTING ENGINEERS, INC. D/B/A SCS ENERGY'S ANSWER

1    allegations in paragraph 5, SCS either (a) lacks knowledge or information sufficient

2    to form a belief about the truth of the allegations of paragraph 5, or (b) the

3    allegations of paragraph 5 contain legal conclusions to which no response is

4    required. To the extent a response is required, the allegations with respect to legal

5    conclusions in paragraph 5 are denied. Further responding to the allegations in

6    paragraph 5, the balance of the allegations in paragraph 5 are denied.

7         6.      SCS either (a) lacks knowledge or information sufficient to form a

8    belief about the truth of the allegations of paragraph 6, or (b) the allegations of

9    paragraph 6 contain legal conclusions to which no response is required. To the

10   extent a response is required, the allegations with respect to legal conclusions in

11   paragraph 6 are denied. Further responding to the allegations in paragraph 6, the

12   balance of the allegations in paragraph 6 are denied.

13        7.      SCS either (a) lacks knowledge or information sufficient to form a

14   belief about the truth of the allegations of paragraph 7, or (b) the allegations of

15   paragraph 7 contain legal conclusions to which no response is required. To the

16   extent a response is required, the allegations with respect to legal conclusions in

17   paragraph 7 are denied. Further responding to the allegations in paragraph 7, the

18   balance of the allegations in paragraph 7 are denied.

19        8.      SCS either (a) lacks knowledge or information sufficient to form a

20   belief about the truth of the allegations of paragraph 8, or (b) the allegations of

21   paragraph 8 contain legal conclusions to which no response is required. To the

22   extent a response is required, the allegations with respect to legal conclusions in

23   paragraph 8 are denied. Further responding to the allegations in paragraph 8, the

24   balance of the allegations in paragraph 8 are denied.

25        9.      SCS either (a) lacks knowledge or information sufficient to form a

26   belief about the truth of the allegations of paragraph 9, or (b) the allegations of

27   paragraph 9 contain legal conclusions to which no response is required. To the

28   extent a response is required, the allegations with respect to legal conclusions in

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

2

STEARNS, CONRAD AND SCHMIDT, CONSULTING ENGINEERS, INC. D/B/A SCS ENERGY'S ANSWER

1    paragraph 9 are denied. Further responding to the allegations in paragraph 9, the

2    balance of the allegations in paragraph 9 are denied.

3         10.    SCS either (a) lacks knowledge or information sufficient to form a

4    belief about the truth of the allegations of paragraph 10, or (b) the allegations of

5    paragraph 10 contain legal conclusions to which no response is required. To the

6    extent a response is required, the allegations with respect to legal conclusions in

7    paragraph 10 are denied. Further responding to the allegations in paragraph 10, the

8    balance of the allegations in paragraph 10 are denied.

9         11.    The allegations of paragraph 11 are a legal conclusion to which no

10   response is required. To the extent an answer is required, the allegations of

11   paragraph 11 are denied.

12        12.    The statement in paragraph 12 relating to notice under Tex. R. Civ. P.

13   193.7 does not require a response. To the extent an answer is required, the

14   statement is denied.

15        13.    SCS denies that it is required to provide disclosures pursuant to 194 of

16   the Texas Rules of Civil Procedure.

17        SCS denies ISM's entitlement to the relief prayed for following paragraph

18                        **AFFIRMATIVE DEFENSES**

19        SCS further answers the Complaint by asserting the following affirmative

20   defenses reserving the right to assert any additional defenses should such defenses

21   become apparent following discovery.

22                      FIRST AFFIRMATIVE DEFENSE

23        1.    ISM's Complaint should be dismissed because it fails to state a claim

24   upon which relief can be granted.

25                     SECOND AFFIRMATIVE DEFENSE

26        2.    ISM's claims are barred by the doctrines of prior material breach,

27   waiver, and estoppel.

28

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

3

STEARNS, CONRAD AND SCHMIDT, CONSULTING ENGINEERS, INC. D/B/A SCS ENERGY'S ANSWER

## THIRD AFFIRMATIVE DEFENSE

3.     ISM's claims should be dismissed because they are barred by the doctrine of unclean hands.

## FOURTH AFFIRMATIVE DEFENSE

4.     ISM's claims should be denied because they are barred by the doctrine of laches.

## FIFTH AFFIRMATIVE DEFENSE

5.     ISM's damages, if any, are caused by its own acts or omissions, or the acts or omissions of third parties other than SCS.

## SIXTH AFFIRMATIVE DEFENSE

6.     ISM's claims are barred in whole or in part because ISM has suffered no damages as a result of the alleged conduct.

## SEVENTH AFFIRMATIVE DEFENSE

7.     ISM's claims are barred by accord and satisfaction.

## EIGHTH AFFIRMATIVE DEFENSE

8.     ISM's claims are barred because ISM has not met all conditions precedent and otherwise failed to comply with contract provisions regarding asserting such claims.

## NINTH AFFIRMATIVE DEFENSE

9.     ISM's claims are barred to the extent ISM seeks consequential damages that were waived under the terms of its contracts.

## **PRAYER FOR RELIEF**

WHEREFORE, Defendant  Stearns, Conrad and Schmidt, Consulting Engineers, Inc. d/b/a SCS Energy respectfully requests that:

1.     Judgment be entered in favor of SCS and against ISM on all counts of ISM's Complaint;

2.     Judgment be entered in favor of SCS and against ISM for breach of contract in an amount to be proven at trial, but which is believed to exceed

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

STEARNS, CONRAD AND SCHMIDT, CONSULTING ENGINEERS, INC. D/B/A SCS ENERGY'S ANSWER

$720,000;

    3.    That SCS be awarded attorney's fees;

    4.    That all costs of this action be taxed against ISM; and

    5.    For such other and further relief as this Court may deem just and proper.


Dated:  March 7, 2019                    MANATT, PHELPS & PHILLIPS, LLP
                                         Craig J. de Recat


                                         By: /s/ Craig J. de Recat
                                              Craig J. de Recat
                                              *Attorneys for Defendant and*
                                              *Counterclaimant*
                                              STEARNS, CONRAD AND
                                              SCHMIDT, CONSULTING
                                              ENGINEERS, INC. D/B/A SCS
                                              ENERGY



                                         JONES WALKER LLP
                                         Christopher D. Cazenave


                                         By: /s/ Christopher D. Cazenave
                                              Christopher D. Cazenave
                                              *Pro Hac Vice*
                                              *Attorneys for Defendant and*
                                              *Counterclaimant*
                                              STEARNS, CONRAD AND
                                              SCHMIDT, CONSULTING
                                              ENGINEERS, INC. D/B/A SCS
                                              ENERGY

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

5

STEARNS, CONRAD AND SCHMIDT, CONSULTING ENGINEERS, INC. D/B/A SCS ENERGY'S ANSWER

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this case.  My business address is 11355 West Olympic Boulevard Los Angeles, California  90064-1614.

A true and correct copy of the foregoing document described as **DEFENDANT STEARNS, CONRAD AND SCHMIDT, CONSULTING ENGINEERS, INC. D/B/A SCS ENERGY'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF ISM INDUSTRIES, INC.'S COMPLAINT** was served in the manner indicated below:

I.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING** – Pursuant to controlling General Order(s), the foregoing document will be served by the court via the CM/ECF docket for this case and determined that the following(ing) person(s) are on the Electronic Mail Notice List to receive transmission at the email addresses indicated below:

STEVEN M. BURTON   Email: steve@txconstructionlaw.com

BRIAN KEITH CARROLL   Email: brian@txconstructionlaw.com

CHRISTOPHER D. CAZENAVE   Email: ccazenave@joneswalker.com

JAMES A. MORRIS, JR.   Email: jmorris@jamlawyers.com

JAMES E. WIMBERLEY    Email: jim@jwimberley.com

STUART C. YOES   Email: scy@yoeslawfirm.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| March  7 , 2019 | Craig J. de Recat | /s/ Craig J. de Recat |
|---|---|---|
| Date | Type Name | Signature |