JONES WALKER LLP
CHRISTOPHER D. CASENAVE (*Pro Hac Vice*)
E-Mail:  ccazanave@joneswalker.com
201 Saint Charles Avenue, Suite 4900
New Orleans, LA 70170
Telephone:   (504) 582-8408
Facsimile:   (504) 589-8408

Manatt, Phelps & Phillips, LLP
CRAIG J. DE RECAT (Bar No. CA 105567)
E-Mail:  cderecat@manatt.com
11355 West Olympic Boulevard
Los Angeles, CA  90064-1614
Telephone:  (310) 312-4000
Facsimile:  (310) 312-4224

Attorneys for *Defendant and Counterclaimant*
STEARNS, CONRAD AND SCHMIDT, CONSULTING
ENGINEERS, INC. D/B/A SCS ENERGY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISM INDUSTRIES, INC., <br><br> Plaintiff, <br><br> vs. <br><br> STEARNS, CONRAD AND SCHMIDT, CONSULTING ENGINEERS, INC. D/B/A SCS ENERGY, MITCHELL ENERGY SERVICES, LLC, AND KILGORE INDUSTRIAL CIVIL, L.L.C., <br><br> Defendants. | Case No. 2:19-cv-01134-JAK-JC <br><br> **DEFENDANT STEARNS, CONRAD AND SCHMIDT, CONSULTING ENGINEERS, INC. D/B/A SCS ENERGY'S COUNTERCLAIM TO PLAINTIFF ISM INDUSTRIES, INC.'S COMPLAINT** <br><br> Hon. John A. Kronstadt |
| STEARNS, CONRAD AND SCHMIDT, CONSULTING ENGINEERS, INC. D/B/A SCS ENERGY, MITCHELL ENERGY SERVICES, LLC, AND KILGORE INDUSTRIAL CIVIL, L.L.C., <br><br> Counterclaimants, <br><br> vs. <br><br> ISM INDUSTRIES, INC., <br><br> Counter-Defendant. | Trial Date:        None Set |

Manatt, Phelps & Phillips, LLP
Attorneys At Law
Los Angeles

Defendant and Counterclaimant Stearns, Conrad and Schmidt, Consulting Engineers, Inc., d/b/a/ SCS Energy ("SCS") files this Counterclaim in response to the Complaint filed by Plaintiff and Counter-Defendant ISM Industries Inc. ("ISM") as follows:

## COUNTERCLAIM

Stearns, Conrad and Schmidt, Consulting Engineers, Inc. d/b/a SCS Energy states the following counterclaim against ISM Industries, Inc.:

## JURISDICTION AND VENUE

1.    This Court has supplemental jurisdiction over Defendant and Counterclaimant's state law counter claim for relief pursuant to 28 U.S.C. § 1367(a).

2.    Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391(b)(1), as Defendant and Counterclaimant's principal place of business is located in Long Beach, California.

## PARTIES

3.    Plaintiff and Counter-Defendant ISM Industries, Inc. ("ISM") is a Texas corporation with its principal place of business in Vidor, Orange County, Texas.

4.    Defendant and Counterclaimant Stearns, Conrad and Schmidt, Consulting Engineers, Inc. d/b/a SCS Energy ("SCS") is a Virginia corporation with its principal place of business in Long Beach, California.

## STATEMENT OF FACTS

**A.    SCS Contracted to Build a Biomethane Facility**

5.    In April 2016, the University of California ("UC") entered into a turnkey contract (the "Prime Contract") with SCS for SCS to design and build a biomethane facility at the Woolworth Road Landfill in Shreveport, Louisiana (the "Project").

1

6.     The Project consists of two sites: a gas processing plant ("GPP") and a gas compression plant ("GCP").

7.     In September 2017, SCS issued "Service Purchase Order 06-SO00030" (the "Subcontract") to ISM as a principal subcontractor to (1) construct the GPP, including civil, structural, mechanical, insulation, access road maintenance, and painting, and (2) perform rigging and setting of the compressor at the GCP.

**B.     ISM Agreed to Substantially Complete Its Work by February 11, 2018 for $1,709,872.**

8.     SCS relied on ISM's experience and representations regarding its estimating and scheduling capabilities in agreeing to award the Subcontract to ISM. Pursuant to the Subcontract, ISM agreed to substantially complete all of its work on the GPP and GCP on or before February 11, 2018 for the defined lump sum price of $1,709,872. ISM owed a duty to, among other things, (1) promptly and efficiently complete the work; (2) proceed with the work in a prompt and diligent manner in accordance with SCS's schedule; and (3) satisfy itself as to the meaning and intention of the plans, technical specifications, and other documents related to the work.

9.     Before awarding the Subcontract and in connection with the bidding process, SCS provided ISM with a detailed bid package containing isometric drawings (overall facility), civil drawings, mechanical drawings (piping plans with details), process drawings (PFD & P&ID), and GPP isometric drawings. The documents provided to ISM during the bidding process are consistent with industry standard.

10.     Not until on or about October 24, 2018 did SCS learn that ISM relied only on the isometric drawings and ignored the mechanical drawings and process drawings to formulate its bid. ISM's reliance on only the isometric drawings to formulate its bid is inconsistent with industry practice. Further, ISM's failure to

Manatt, Phelps &
Phillips, LLP
Attorneys At Law
Los Angeles

2

STEARNS, CONRAD AND SCHMIDT, CONSULTING ENGINEERS, INC. D/B/A SCS ENERGY'S
COUNTERCLAIM

follow industry practice led ISM to inaccurately bid the Project to only later request exorbitant additional amounts from SCS through change orders. Specifically, with an original contract amount of $1,709,872, ISM submitted change orders totaling $1,395,310.78.

**C.     ISM's Poor Performance Resulted in Significant Inexcusable Delay and Cost Overruns**

11.     ISM's productivity on the Project was poor.

12.     ISM also failed to properly staff the work notwithstanding its representations to SCS that it would increase personnel and provide a proper crew mix.

13.     The turnover rate of ISM's key personnel, including Project superintendents, resulted in a loss of continuity of management of the Project and further inefficiencies.

14.     ISM failed to perform its work in accordance with industry standard requiring significant rework and repair.

15.     As a result of ISM's poor workmanship, poor productivity, and delay, SCS incurred significant additional costs on the Project.

16.     Among other things, SCS incurred additional direct and indirect costs as a result of ISM's inefficiency and delay including, without limitation, additional trailer and equipment rental costs, and additional supervision.

**D.     ISM Abandoned the Project Before Completing Its Work**

17.     In June 2018, ISM left the Project site.

18.     In July 2018, SCS began to compile a punchlist of work remaining to be performed by ISM. SCS discussed the punchlist with ISM on several occasions. SCS sent ISM a final punchlist on or about October 11, 2018. On or about January 22, 2019, SCS notified ISM that it had failed to perform punchlist work and other work that was within ISM's scope of work, and thus, paid for by SCS as part of the lump sum amount paid to ISM. SCS gave ISM until February 15, 2019 to complete

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

3

STEARNS, CONRAD AND SCHMIDT, CONSULTING ENGINEERS, INC. D/B/A SCS ENERGY'S
COUNTERCLAIM

1    the punchlist work or SCS would self-perform or have others perform it.

2        19.    Notwithstanding this notice, ISM failed to return to the site and failed

3    to finish its work.

4        20.    As a result of ISM's failure to complete the work, SCS has been forced

5    to perform some the remaining work and will need to hire replacement contractors

6    to perform other portions of the remaining work. This resulted in additional costs

7    and delay, currently estimated to exceed $90,000.

8    **E.    ISM Failed to Pay Its Subcontractors in Breach of the Subcontract**

9        21.    ISM contracted with several subcontractors in connection with its

10   work on the Project.

11       22.    ISM failed to pay certain subcontractors on the Project.

12       23.    ISM's failure to pay its subcontractors caused certain subcontractors to

13   (i.) file statements of claim and privilege pursuant to the Louisiana Private Works

14   Act, and/or (ii.) to make claims against SCS's surety bond on the Project.

15       24.    The Subcontract mandates that ISM timely pay its subcontractors and

16   keep the Project free of any liens and encumbrances.

17       25.    ISM's failure pay its subcontractors and failure to keep the Project free

18   of liens and encumbrances are events of default under the Subcontract.

19   **F.    SCS Is Entitled to Recover Damages Caused by ISM**

20       26.    The following categories of damages have been incurred and are

21   continuing to be incurred as a result of ISM's failure to perform its obligations:

22

| Category of Damages | Estimated Amount |
|---|---|
| Delay Costs | $510,000 |
| Incomplete Work (including punchlist work) | $90,000 |
| Amounts Paid to ISM's Vendors | $120,000 |
| Attorney's Fees | To be determined |

27   /////

28   /////

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

4

STEARNS, CONRAD AND SCHMIDT, CONSULTING ENGINEERS, INC. D/B/A SCS ENERGY'S
COUNTERCLAIM

**COUNT I**

**BREACH OF CONTRACT AGAINST ISM**

27.   SCS incorporates paragraphs 1 through 26 as if fully stated herein.

28.   The Subcontract is a valid, enforceable contract. ISM materially breached the Subcontract and caused SCS to incur damages as a result of ISM's breach of its obligations. Among other things, ISM inexcusably delayed completion of the Project and failed to complete the work pursuant to the Subcontract.

29.   ISM further materially breached the Subcontract by failing to timely pay its subcontractors and failing to keep the Project free of any liens and encumbrances.

30.   At all relevant times, SCS performed its obligations under the Subcontract.

31.   SCS has been damaged, and will continue to incur damages, as a result of ISM's breach in an amount to be proven at trial, currently estimated in excess of $720,000.

**PRAYER FOR RELIEF**

WHEREFORE, Defendant and Counterclaimant Stearns, Conrad and Schmidt, Consulting Engineers, Inc. d/b/a SCS Energy respectfully requests that:

1.   Judgment be entered in favor of SCS and against ISM on all counts of ISM's Complaint;

2.   Judgment be entered in favor of SCS and against ISM for breach of contract in an amount to be proven at trial, but which is believed to exceed $720,000;

3.   That SCS be awarded attorney's fees;

4.   That all costs of this action be taxed against ISM; and

5.   For such other and further relief as this Court may deem just and proper.

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

5

STEARNS, CONRAD AND SCHMIDT, CONSULTING ENGINEERS, INC. D/B/A SCS ENERGY'S
COUNTERCLAIM

Dated:  March 7, 2019

MANATT, PHELPS & PHILLIPS, LLP
Craig J. de Recat

By: /s/ Craig J. de Recat

Craig J. de Recat
*Attorneys for Defendant and*
*Counterclaimant*
STEARNS, CONRAD AND
SCHMIDT, CONSULTING
ENGINEERS, INC. D/B/A SCS
ENERGY

JONES WALKER LLP
Christopher D. Cazenave

By: /s/ Christopher D. Cazenave

Christopher D. Cazenave
*Pro Hac Vice*
*Attorneys for Defendant and*
*Counterclaimant*
STEARNS, CONRAD AND
SCHMIDT, CONSULTING
ENGINEERS, INC. D/B/A SCS
ENERGY

STEARNS, CONRAD AND SCHMIDT, CONSULTING ENGINEERS, INC. D/B/A SCS ENERGY'S
COUNTERCLAIM

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this case.  My business address is 11355 West Olympic Boulevard Los Angeles, California  90064-1614.

A true and correct copy of the foregoing document described as **DEFENDANT AND COUNTERCLAIMANT STEARNS, CONRAD AND SCHMIDT, CONSULTING ENGINEERS, INC. D/B/A SCS ENERGY'S COUNTERCLAIM TO PLAINTIFF ISM INDUSTRIES, INC.'S COMPLAINT** was served in the manner indicated below:

I.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING** – Pursuant to controlling General Order(s), the foregoing document will be served by the court via the CM/ECF docket for this case and determined that the following(ing) person(s) are on the Electronic Mail Notice List to receive transmission at the email addresses indicated below:

STEVEN M. BURTON   Email: steve@txconstructionlaw.com

BRIAN KEITH CARROLL   Email: brian@txconstructionlaw.com

CHRISTOPHER D. CAZENAVE   Email: ccazenave@joneswalker.com

JAMES A. MORRIS, JR.   Email: jmorris@jamlawyers.com

JAMES E. WIMBERLEY    Email: jim@jwimberley.com

STUART C. YOES   Email: scy@yoeslawfirm.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| March  7 , 2019 | Craig J. de Recat | /s/ Craig J. de Recat |
|---|---|---|
| Date | Type Name | Signature |

Manatt, Phelps &
Phillips, LLP
Attorneys At Law
Los Angeles

1