1 **James Wimberley (*pro hac vice* pending)**
jim@jwimberley.com
2 **LAW OFFICES OF JAMES WIMBERLEY**
221 S. Highway 69
3 Nederland, TX 77627
409-853-4095– Telephone
4 409-853-1462 – Fax

5 **STEVEN T. GEBELIN (SBN 261507)**
steven@syversonlaw.com
6 **SYVERSON, LESOWITZ & GEBELIN LLP**
8383 Wilshire Boulevard, Suite 520
7 Beverly Hills, California 90211
Telephone: (310) 341-3072
8 Facsimile: (310) 341-3070

9 Attorneys for Plaintiff and Counter Defendant
ISM Industries, Inc.
10

11

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISM INDUSTRIES, INC., | Case No. 2:19-cv-01134-JAK-JC |
| Plaintiff, | Hon. John A. Kronstadt |
| vs. | ISM INDUSTRIES INC.'S NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT KILGORE INDUSTRIAL CIVIL, L.L.C. |
| STEARNS, CONRAD AND SCHMIDT, CONSULTING ENGINEERS, INC. D/B/A SCS ENERGY, MITCHELL ENERGY SERVICES, LLC, AND KILGORE INDUSTRIAL CIVIL, L.L.C., | |
| | Trial Date: None Set |
| Defendants. | |
| STEARNS, CONRAD AND SCHMIDT, CONSULTING ENGINEERS, INC. D/B/A SCS ENERGY, | |
| Counterclaimants, | |
| vs. | |
| ISM INDUSTRIES, INC., | |
| Counter-Defendant. | |

---

*ISM Industries, Inc. v. SCS Energy, et al.*
USDC, Case No. 2:19-cv-1134-JAK-JC

**NOTICE OF DISMISSAL OF KILGORE INDUSTRIAL CIVIL, L.L.C.**

| | |
|---|---|
| 1 | **NOTICE IS HEREBY GIVEN** that Pursuant to Federal Rule of Civil |
| 2 | Procedure 41(a) that Plaintiff ISM Industries Inc., by and through their undersigned |
| 3 | counsel of record, hereby dismisses its claims and causes of action against |
| 4 | Defendant KILGORE INDUSTRIAL CIVIL, L.L.C. in the above-captioned action |
| 5 | without prejudice. |
| 6 | |
| 7 | DATED: April 17, 2019     Respectfully submitted, |
| 8 | **LAW OFFICES OF JAMES WIMBERLEY** |
| 9 | By:   */s/James F. Wimberly* |
| 10 |       JAMES F. WIMBERLEY (*pro hac vice* pending) |
| 11 | |
| 12 | **SYVERSON, LESOWITZ & GEBELIN, LLP** |
| 13 | By:   */s/Steven T. Gebelin* |
| 14 |       STEVEN T. GEBELIN |
| 15 | |
| 16 | *Attorneys for Plaintiff and Counter-Defendant* ISM Industries, Inc. |

# **PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this case. My business address is 8383 Wilshire Blvd., Suite 520, Beverly Hills, CA 90211.

A true and correct copy of the foregoing document described as ISM INDUSTRIES INC.'S NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT KILGORE INDUSTRIAL CIVIL, L.L.C. was served in the manner indicated below:

TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING – Pursuant to controlling General Order(s), the foregoing document will be served by the court via the CM/ECF docket for this case and determined that the following(ing) person(s) are on the Electronic Mail Notice List to receive transmission at the email addresses indicated below:

STEVEN M. BURTON           Email: steve@txconstructionlaw.com
BRIAN KEITH CARROLL        Email: brian@txconstructionlaw.com
E. SCOTT HOLBROOK, JR.     Email: sholbrook@builderslaw.com
*Attorneys for Defendant* Mitchell Energy Services, LLC

CHRISTOPHER D. CAZENAVE    Email: ccazenave@joneswalker.com
CRAIG J. DE RECAT          Email: Cderecat@manatt.com
*Attorneys for Defendant and Counterclaimant* Stearns, Conrad and Schmidt, Consulting Engineers, Inc., *dba* SCS Energy

JAMES A. MORRIS, JR.       Email: jmorris@jamlawyers.com
STUART C. YOES             Email: scy@yoeslawfirm.com
*Attorneys for Defendant* Kilgore Industrial Civil, LLC

JAMES E. WIMBERLEY         Email: jim@jwimberley.com
STEVEN T. GEBELIN          Email: steven@syversonlaw.com
*Attorneys for Plaintiff and Counter-Defendant* Kilgore Industrial Civil, LLC

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 17, 2019, at Beverly Hills, California.

_____
Steven T. Gebelin

---

*ISM Industries, Inc. v. SCS Energy, et al.*
USDC, Case No. 2:19-cv-1134-JAK-JC

1

**PROOF OF SERVICE-
ANSWER TO COUNTERCLAIMS**